# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

November 25, 2019

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *US v. Lora*, 14 cr 652 (PGG)

Dear Judge Gardephe:

I am counsel for Efrain Lora, the defendant in the above referenced matter.

Currently Mr. Lora is scheduled for sentencing on December 9, 2020. Please accept this letter in lieu of a formal motion for an adjournment of Mr. Lora's sentencing for approximately sixty days.

I make this request as I still have not received an updated PSR which is needed as the Probation Department must revise its calculation to Mr. Lora's advisory Sentencing Guidelines in light of the Court's prior ruling on Mr. Lora's Rule 29 motion. Thereafter, I may need time to respond to this revised calculation. In addition, I am still awaiting letters and other character information from Mr. Lora's family which will be included in the Sentencing Memorandum I intend to submit on behalf of Mr. Lora.

I have conferred with the Government and they consent to this request.

Wherefore, subject to the Court's availably, I respectfully request the sentence date be adjourned to a date during the week of February 10, 2019.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Max Nicholas, AUSA
Efrain Lora

---

**MEMO ENDORSED**

Sentencing is adjourned to Dec. 18, 2019 at 10:00 A.M. A revised PSR will be completed by Dec. 3, 2019. The parties' sentencing submissions are due by December 13, 2019.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Nov. 25, 2019