UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EFRAIN LORA,
    a/k/a "Shorty,"

               Defendant.

**ORDER**

(S3) 14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In their sentencing submissions, which are due on December 13, 2019, the parties will address, inter alia, the mandatory minimum term of imprisonment applicable to Count One (18 U.S.C. § 924(j)).

Dated:  New York, New York
         December 10, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge