UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

EFRAIN LORA,
    a/k/a "Shorty,"

              Defendant.

**ORDER**

14 Cr. 652 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The Government is directed to file a response to Defendant's argument as to his applicable Criminal History Category for sentencing, see Sentencing Memorandum, Dkt. No. 204, at 17-18, by **10:00 a.m. on December 17, 2019**.

Dated: New York, New York
       December 13, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge