UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EFRAIN LORA,
      a/k/a "Shorty,"

                Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The resentencing of the Defendant will take place on **August 4, 2023, at 10:00 a.m.** Any additional sentencing submissions by the Government are due on **July 26, 2023**, and any additional sentencing submissions by the Defendant are due on **August 1, 2023**.

Dated:  New York, New York
         July 20, 2023

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge