UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

EFRAIN LORA,
    a/k/a "Shorty,"

    Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court is in receipt of the Government's submissions dated August 8, 2023 and August 10, 2023, and the Defendant's submissions dated August 10, 2023. The Government will file any response to the Defendant's submissions at Dkt. Nos. 329 and 331, by **August 14, 2023**.

Dated:  New York, New York
       August 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge