UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EFRAIN LORA,
    a/k/a "Shorty,"

                Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The resentencing of the Defendant, which is currently scheduled for September 15, 2023, is adjourned to **October 27, 2023, at 3:00 p.m.**

Dated:  New York, New York
         September 14, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge